UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORREY PINES LOGIC, INC., <br>  Plaintiff, Counterdefendant, <br> v. <br> GUNWERKS, LLC, <br>  Defendant, Counterclaimant. | Case No.: 19-cv-02195-H-DEB <br><br> **ORDER:** <br><br> **(1) GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL;** <br><br> [Doc. No. 65.] <br><br> **(2) DIRECTING THE CLERK TO FILE THE PROPOSED DOCUMENTS UNDER SEAL; AND** <br><br> [Doc. No. 66.] <br><br> **(3) ORDERING PLAINTIFF TO PUBLICLY FILE A REVISED REDACTED VERSION OF ITS OPPOSITION** |

On August 19, 2020, Defendant and Counterclaimant Gunwerks, LLC ("Gunwerks") filed a motion for leave to file a first amended answer and counterclaims. (Doc. No. 62.) On September 4, 2020, Plaintiff and Counterdefendant Torrey Pines Logic,

Inc. ("TPL") filed an opposition to Gunwerk's motion. (Doc. Nos. 66, 67.) On September 4, 2020, TPL also filed a motion to file under seal its opposition and Exhibit C to its opposition. (Doc. No. 65.)

TPL seeks to seal these documents pursuant to the Court's protective order, (Doc. No. 63), because they contain confidential information. (Doc. No. 65 at 1.) After reviewing the documents in question, the Court concludes that good cause exists to seal the documents. Accordingly, the Court grants TPL's request to file the documents under seal without prejudice to the Court modifying this order at a later time or using the information in a written order, and the Court directs the Clerk to file the proposed documents under seal.

Nevertheless, the Court notes that with respect to its opposition brief, TPL seeks to seal the entire document. Although the opposition contains some sealable information, the entire document is not sealable. (See Doc. No. 66.) Thus, TPL's sealing request is not narrowly tailored. See Ervine v. Warden, 214 F. Supp. 3d 917, 919 (E.D. Cal. 2016) ("Any order sealing documents should be 'narrowly tailored' to remove from public view only the material that is protected." (citing Press-Enterprise Co. v. Superior Court, 464 U.S. 501, 513 (1984))). As a result, the Court orders TPL to publicly file a revised redacted version of its opposition within **seven (7) days** from the date this order is filed.

**IT IS SO ORDERED.**

DATED: September 8, 2020

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT